207040
xxxx1986

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | **17-03387-ESL** |
|---|---|---|
| **MAGALI CALO BENITEZ** | CHAPTER: | **13** |
| **Debtor** | | |

## NOTICE OF APPEARANCE

TO THIS HONORABLE COURT:

COMES NOW **Banco Popular de Puerto Rico**, ("BPPR") through the undersigned counsel, and very respectfully states and requests:

1. BPPR, a creditor in the above captioned case, has appointed MARTINEZ & TORRES LAW OFFICES, P.S.C. ("M&T"), to represent it in all proceedings pending before this Honorable Court relative to the instant case.

2. Consequently, BPPR, hereby requests that all notices required to be issued in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and a copy of all documents which may be filed, including a copy of the plan, amendments to plans and motions filed herein by any party be served on BPPR through the undersigned counsel.

**WHEREFORE**, it is respectfully requested that the master address list be amended to include the undersigned counsel and that pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, all notices, and documents filed in the instant case be served upon the undersigned counsel.

**Case No. 17-03387-ESL**
*Notice of Appearance*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants of the CM/ECF system, to ***the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq***., and ***to Debtor's counsel, Roberto Figueroa Carrasquillo, Esq***.

In San Juan Puerto Rico, this 2 day of June, 2017.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 / Fax (787) 767-1183

**/s/ Patricia I. Varela Harrison**
By: Patricia I. Varela Harrison
**USDC –PR: 224802**
pvarela@martineztorreslaw.com

2