**UNITED STATES BANKRUPTCY COURT**
*District of Puerto Rico*

| | |
|---|---|
| *In re:* <br><br> ***MAGALI CALO BENITEZ*** <br><br> Debtor(s) <br> BANCO POPULAR DE PUERTO RICO <br><br> Movant <br> MAGALI CALO BENITEZ <br> ALEJANDRO OLIVERAS RIVERA <br><br> Respondent(s) | Case No. 17−03387 ESL <br><br> Chapter 13 |

### NOTICE OF MOTION FOR RELIEF FROM STAY UNDER II U.S.C. §362

To the above named respondent(s), MAGALI CALO BENITEZ and ALEJANDRO OLIVERAS RIVERA:

You are hereby notified that on January 14, 2019 the above named movant (s) filed a Motion Seeking relief from the Automatic Stay under U.S.C. §362

Service of the motion and notice shall be made within three (3) days after issuance of the notice. A certificate of service must be file forthwith, but not later than seven (7) days after service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within fourteen (14) days from the service of this notice, and serve such answer upon movant or his attorney PATRICIA I VARELA HARRISON whose address is PO BOX 192938, SAN JUAN, PR 00919

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then February 12, 2019 at 09:00 AM at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg.,300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR 00901, is fixed as the time and place for the preliminary and/or final hearing on such motion.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: *JOSE ROMO*
Deputy Clerk

Local Bankruptcy Rules for the District of Puerto Rico effective May 16, 2013 has established the following procedure for Motions Requesting Lifting of the Automatic Stay

It appearing that pursuant to the provisions of §362 of the Bankruptcy Code, the Court is required to conduct prompt hearing with respect to motion for relief from the automatic stay and it further appearing that it is necessary to enter certain order to permit the Court to conduct the aforesaid prompt hearings, the following procedures shall govern motion filed under 11 U.S.C. §362

1. Service of the Motion and of a Notice shall be made within three (3) days after issuance of the notice.

2. The respondent shall file an answer within fourteen (14) days after the issuance of the notice.

3. The specific date for the preliminary hearing is set forth in the notice.

4. Pursuant to §362 (e) of the Code, the hearing date specified in the notice may be a preliminary hearing or may consolidated with the final hearing, as shall be determined by the Court.

5. Together with any motion requesting relief from the automatic stay, movant shall file with the Court the following supporting exhibits and documents:

   a. True copies of all notes, bonds, mortgages, security agreemnts, financing agreements, assignments and any other document upon which the movant will rely athe hearing
   b. A detailed report of any appraiser whose testimony is to be presented at the hearing. Said detail report shall include the qualifications of the appraiser, the factual basis for the appraisal, including comparable sales if utilized and the method of appraisal.
   c. A statement of amount due including a breakdown of the following categories:

      1. Unpaid principal
      2. Accrued interest from a specific sate to a specific date
      3. Late charges from a specific date to a specific date
      4. Attorney's fees
      5. Advances for taxes, insurance and the like
      6. Unearned interest
      7. Any other charges
      8. A per diem interest factor

6. If the motion is contested, the attorneys for the parties shall confer with respect to the issues raised by the motion in advance of hearing for the purpose of stipulating to relevant facts as the value of the property, and to the extent and validity of any security instrument.

********************************************************************************

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served a copy of the within Notice and Motion upon ___see attach___

on __01-17-19__   By: __Patricia Varela__
   (Date of Service)         (Describe Mode of Service)

Executed on __01-17-19__        s/ Patricia Varela
   (Date)                              SIGNATURE

207040
1986

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 17-03387-ESL |
|---|---|---|
| Magali Calo Benítez, | CHAPTER: | 13 |
| Debtor | | |

On 17th day of January 2019 I served a copy of the Motion for Relief of Stay Under and Notice of Motion of Relief of Stay 11 U.S.C. 362 by certified mail upon:

**Magali Calo Benítez,**
PO Box 2730 Juncos, PR 00777

**Roberto Figueroa Carrasquillo,**
PO Box 186 Caguas, PR 00726-0186

**Alejandro Oliveras Rivera,**
PO Box 9024062 San Juan, PR 00902-4062

MARTINEZ & TORRES LAW OFFICES, P.S.C.
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 / Fax (787) 767-1183

/s/ Patricia I. Varela Harrison
By: Patricia I. Varela Harrison
USDC -PR 224802
pvarela@martineztorreslaw.com





Sent To: Magali Calo Benítez
PO Box 2730
Juncos, PR 00777
NE 207040 Q

Magali Calo Benítez
PO Box 2730
Juncos, PR 00777
NE 207040 Q

Martínez & Torres Law Offices, P.S.C.
P.O. Box 192938
San Juan, PR 00919-2938



UNITED STATES POSTAGE
PITNEY BOWES
$ 008.25⁰
JAN 17 2019
02 1P
0001998045
MAILED FROM ZIP CODE 00927

7018 0680 0001 3664 4145

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage
$
Sent To
Roberto Figueroa Carrasquillo
Street and Ap
PO Box 186
City, State, Zi
Caguas, PR 00726-0186
NE 207040 Q

Postmark
Here

PS Form 38

Roberto Figueroa Carrasquillo
PO Box 186
Caguas, PR 00726-0186
NE 207040 Q

Martínez & Torres Law Offices, P.S.C.
P.O. Box 192938
San Juan, PR 00919-2938



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Postage
$
Sent To: Alejandro Oliveras Rivera
Street and Apt: PO Box 9024062
City, State, ZIP: San Juan, PR 00902-4062
NE 207040 Q

PS Form 3800

7018 0680 0001 3664 4738
7018 0680 0001 3664 4738

Alejandro Oliveras Rivera
PO Box 9024062
San Juan, PR 00902-4062
NE 207040 Q

Martínez & Torres Law Offices, P.S.C.
P.O. Box 192938
San Juan, PR 00919-2938