207040
1986

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case Number: 17-03387-ESL |
| **Magali Calo Benítez** | Chapter: 13 |
| Debtor(s) | |

### STIPULATION
(Regarding Motion for Relief from Stay at Docket No. 39)

**TO THE HONORABLE COURT:**

COME NOW **Banco Popular de Puerto Rico,** ("**BPPR**") and **Magali Calo Benítez** (the "**Debtor**"), through their respective counsels, and very respectfully state and request:

1. On January 14, 2019, BPPR filed a Motion for Relief from Stay under §362 of the Bankruptcy Code. [Please refer to Docket No. 39].

2. On January 28, 2019, the Debtor responded to BPPR's request for relief from stay. [Please refer to Docket No. 43].

3. BPPR and Debtor (collectively the "Parties") have had the opportunity to reach an agreement, that if approved will allow the Debtor to continue under the protection of the Bankruptcy Code while protecting the rights of secured creditor BPPR.

### UNDERLYING STIPULATED FACTS

4. BPPR is the holder in due course of a mortgage note in the principal sum of **$136,850.00** bearing interest at **6.500%** per annum (the "Note"). The indebtedness evidenced by the note is secured by a mortgage executed before the notary public **Hector M. Lugaro Figueroa** on **September 25, 2006,** deed number **623** (the "Mortgage").



Case No. 17-03387-ESL
*Stipulation*

---

5. The Debtor's payment plan requires that the Debtor make monthly regular post-petition payments directly to BPPR.

6. The Debtor has not made the monthly installments due under the terms of the Note and the Mortgage. As of January 10, 2019, the Debtor had accrued a total of **3** post-petition installments in arrears to BPPR amounting to **$2,542.38**.

7. As of said date, the monthly installment for the month of February 2019 in the amount of **$608.31** has accrued and become due for a total amount of arrearage of **$3,150.69.**

## AGREEMENT

The Parties have reached an agreement which provides for the following:

8. Parapgrahs 1-7 form an integral part of the foregoing agreement.



9. The Debtor shall pay BPPR the amount of **$3,150.69**[1] to cure the post-petition arrears with BPPR on or before **MARCH 29, 2019.**

10. The Debtor will resume the current monthly payments directly to BPPR on **MARCH 2019.**

11. The Debtor agrees that if the arrears are not cured on or before **MARCH 29, 2019**, the automatic stay will be deemed lifted in favor of BPPR with the mere filing of an informative motion to that effect, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically.

---

[1] Includes post-petition arrears due as of FEBRUARY 2019 plus legal fees and costs

Case No. 17-03387-ESL
*Stipulation*

---

12. The Debtor agrees that should she fail to make two (2) or more of the post-petition monthly installments due to BPPR, by the 16th of the month in which the payment is due, beginning with the installment due in **MARCH 2019**, the automatic stay will be deemed lifted in favor of BPPR with the mere filing of an informative motion to that effect, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically.

13. This agreement does not change, amend or alter in any way the provisions of the contract.

14. The herein parties agree that should the automatic stay be lifted pursuant to this agreement it will be considered an *in rem* order, without prejudice of the filing of an unsecured claim for any deficiency.

15. The counsel for the parties herein, by signing/filing this stipulation, represent to each other that they have the full authority of their clients to enter into and to be bound by the terms of this stipulation, and further represent acceptance of the contents herein submitted to the Court for approval.



**NOTICE TO ALL PARTIES IN INTEREST**

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires

Case No. 17-03387-ESL
*Stipulation*

---

otherwise. If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

**WHEREFORE**, the Parties request that the agreement herein set forth be approved and an order be entered accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 7th day of February, 2019.

| **LEGAL COUNSEL FOR DEBTOR:** | **LEGAL COUNSEL FOR BPPR:** |
|---|---|
| **RFIGUEROA CARRASQUILLO LAW OFFICE PSC** | **MARTINEZ & TORRES LAW OFFICES, P.S.C.** |
| PO BOX 186 | P.O. Box 192938 San Juan, PR 00919-2938 |
| CAGUAS, PR 00726-0186 | Tel. (787) 767-8244 & Fax (787) 767-1183 |
| Tel. (787) 744-7699 & Fax (787) 746-5294 | |
| */s/ Roberto Figueroa Carrasquillo* | */s/ Sarah M. Vega Bonilla* |
| By: Roberto Figueroa Carrasquillo | By: Sarah M. Vega Bonilla |
| USDC-PR 203614 | USDC -PR 303503 |
| Email: rfigueroa@rfclawpr.com | Email: svega@martineztorreslaw.com |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **the Trustee Alejandro Oliveras Rivera** and **to the debtor's attorney, Roberto Figueroa Carrasquillo**. I hereby certify that on this date a copy of the stipulation has been caused to be served by First Class Mail to all of the parties included in the attached Master Address List, not otherwise represented by counsel electronically notified.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

*/s/ Sarah M. Vega Bonilla*
By: Sarah M. Vega Bonilla
USDC -PR 303503
Email: svega@martineztorreslaw.com

```
Label Matrix for local noticing        BANCO POPULAR DE PUERTO RICO              COOP A/C DEL VALENCIANO
0104-3                                  MARTINEZ & TORRES LAW OFFICES, P.S.C.    PO BOX 1510
Case 17-03387-ESL13                     PO BOX 192938                            JUNCOS, PR 00777-1510
District of Puerto Rico                 SAN JUAN, PR 00919-3409
Old San Juan
Thu Feb  7 13:50:26 AST 2019

EDUCOOP                                 US Bankruptcy Court District of P.R.    AEE
PEDRO I TORRES AMADOR ESQ               Jose V Toledo Fed Bldg & US Courthouse  PO Box 363508
PO BOX 364966                           300 Recinto Sur Street, Room 109        San Juan, PR  00936-3508
SAN JUAN, PR 00936-4966                 San Juan, PR 00901-1964


AEELA                                   Banco Popular De Puert                  Citi
PO Box 364508                           209 Munoz Rivera Ave                    PO Box 6190
San Juan, PR  00936-4508                San Juan, PR  00918                     Sioux Falls, SD  57117-6190


Coop A/C Valenciano                     Departamento de Hacienda                Dsnb Macys
PO Box 1510                             PO Box 9024140                          PO Box 8218
Juncos, PR  00777-1510                  San Juan, PR  00902-4140                Mason, OH  45040-8218


EDUCOOP                                 Educoop                                 Educoop
PO BOX 364966                           PO Box 1283                             PO Box 192770
SAN JUAN  PR  00936-4966                Caguas, PR  00726-1283                  San Juan, PR  00919-2770


Islandfin                               (p)JEFFERSON CAPITAL SYSTEMS LLC        MIDLAND FUNDING LLC
PO Box 71504                            PO BOX 7999                             PO BOX 2011
San Juan, PR  00936-8604                SAINT CLOUD MN 56302-7999               WARREN, MI 48090-2011


Pentagon Federal Cr Un                  Quantum3 Group LLC as agent for         Sears/Cbna
PO Box 1432                             MOMA Funding LLC                        PO Box 6282
Alexandria, VA  22313-1432              PO Box 788                              Sioux Falls, SD  57117-6282
                                        Kirkland, WA  98083-0788


Sistema de Retiro Maestros-Pensionados  Syncb/Car Care Pep Boy                  Syncb/Jc Penney Pr
Edif Capital Center Torre Ave Arterial H 4125 Windward Plz                      PO Box 965007
San Juan, PR  00919-1879                Alpharetta, GA  30005-8738              Orlando, FL  32896-5007


Syncb/Sams Club                         Syncb/Walmart                           Syncb/Walmart DC
PO Box 965005                           PO Box 965024                           PO Box 965024
Orlando, FL  32896-5005                 El Paso, TX  79998                      Orlando, FL  32896-5024


Syncb/tjx Cos                           ALEJANDRO OLIVERAS RIVERA               MAGALI CALO BENITEZ
PO Box 965005                           ALEJANDRO OLIVERAS CHAPTER 13 TRUS      PO BOX 2730
Orlando, FL  32896-5005                 PO BOX 9024062                          JUNCOS, PR 00777-2730
                                        SAN JUAN, PR 00902-4062
```

```
MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
OCHOA BUILDING                          CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO         End of Label Matrix
MARTINEZ & TORRES LAW OFFICES, P.S.C    Mailable recipients    31
PO. BOX 192938                          Bypassed recipients     1
SAN JUAN, PR 00919-3409                 Total                  32
```