**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**MAGALI CALO BENITEZ**<br>**aka MAGALY CALO BENITEZ**<br><br>xxx–xx–2442<br><br>Debtor(s) | Case No. **17–03387 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 8/15/19 |

*ORDER*

This case is before the court upon the unfavorable report (dkt. #52) filed by the chapter 13 trustee regarding the motion for post confirmation modification of chapter 13 plan dated 8/12/19. (dkt. #51). The debtor shall file a reply to the chapter 13 trustee's unfavorable report within 14 days. Upon failure to timely reply, the motion for post confirmation modification will be denied, and the debtor will be ordered to show cause why the case should not be dismissed pursuant to 11 U.S.C. § 1307(c)(7).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, August 15, 2019 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge