IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MAGALI CALO BENITEZ

DEBTOR

CASE NO. 17-03387 ESL

CHAPTER 13

**DEBTOR'S MOTION REQUESTING COURT AUTHORITY TO
INCUR IN CREDIT/MORTGAGE LOAN MODIFICATION**

TO THE HONORABLE COURT:

NOW COMES, **MAGALI CALO BENITEZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 15, 2017, the Debtor filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq.*

2. The Debtor's *Chapter 13 Plan*, Docket No. 16, was confirmed on August 04, 2017, Docket No. 23, and a post-confirmation modified Plan, Docket No. 61, was approved on January 22, 2020, Docket No. 71, in the above captioned case.

3. Secured creditor Banco Popular de Puerto Rico ("BPPR") has offered the Debtor a mortgage loan modification under the Loss Mitigation Program, whereby the Debtor will reduce her monthly mortgage loan payments from $761.32 (See: *Notice of Mortgage Payment Change,* dated 12/26/2019) to $550.79.

3. A copy of BPPR's modification offer dated 02/15/2020 is hereby attached to this motion, which final approval is pending the Court's disposition of this request for authority to incur in said post-petition mortgage loan modification.

4. The Debtor needs this modification in order to continue making current direct post-petition mortgage loan payments to BPPR on her residential real property.

Page – 2-
Debtor's Request for Court
Authority/Loan Modification
Case no. 17-03387 ESL13

5. The Debtor is able to pay BPPR the sum of $550.79 in order to pay the direct post-petition mortgage loan payments to said creditor.

6. The Debtor is current in her confirmed Plan payments to the Trustee and respectfully understands that she has the financial ability to incur in the loan modification with BPPR to pay the $550.79 per month, thus, she [the Debtor] respectfully requests that the Court grant authorization to incur in this post-petition loan modification and continue with the closing of this loan modification with BPPR, which will allow the Debtor to retain possession of her residential real property.

7. The Debtor hereby requests authorization from the Court to:

    a. incur in a post-petition mortgage loan modification with secured creditor BPPR.

8. Based on the aforementioned, the Debtor respectfully requests this motion be granted and the Court to enter an Order allowing the Debtor to incur in the post-petition loan modification as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Debtor respectfully requests this Honorable Court grant the present motion authorizing this request to incur in post-petition loan modification, as herein submitted.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this**

Page – 3-
Debtor's Request for Court
Authority/Loan Modification
Case no. 17-03387 ESL13

paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee and all CM/ECF system participants; I also certify that a copy of this motion was sent via US Mail to the Debtor; and to all creditors and parties in interest (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 21st day of July, 2020.

/s/Roberto Figueroa Carrasquillo
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 787-963-7699
FAX 787-746-5294
Email: rfc@rfigueroalaw.com

**BANCO POPULAR.**

BANCO POPULAR DE PUERTO RICO
PO BOX 362708
SAN JUAN PR 00936-2708

15 de febrero de 2020

Magali Calo-Benitez [23]
PO Box 2730
Juncos PR 00777

PRÉSTAMO HIPOTECARIO: 0701401986

Estimado(s) Cliente(s):

En Banco Popular nuestra prioridad es atender las necesidades de nuestros clientes. Por eso, agradecemos su solicitud de evaluación relacionada a su préstamo hipotecario, bajo nuestro Programa de Mitigación de Pérdidas.

Deseamos informarle que, luego de una evaluación de la información provista por usted, se le ha aprobado comenzar un periodo de prueba. Este es el primer paso para cualificar para una modificación de su préstamo o un reclamo parcial, por tal razón es importante que usted lea completamente esta información para que conozca los pasos que usted debe seguir para completar exitosamente este periodo de prueba.

Usted debe contactarnos al 787-522-1544 o si reside fuera del área metropolitana, llame libre de cargos al 1-855-220-2201 para indicarnos su decisión respecto a esta oferta y formalizar el acuerdo, en o antes del 02-29-20. También puede visitarnos a nuestras oficinas:

Area Metro:
Edificio Centro Europa Suite 201
1492 Ave Ponce De León
San Juan, PR 00907

Area Oeste:
Edificio Banco Popular Piso 4
15 calle Mendez Vigo Oeste
Mayaguez, PR 00681

Una vez formalizado el acuerdo, es necesario que realice el primer pago del periodo de prueba, en o antes del 03-01-20. Una vez hecho esto, si ya su préstamo hipotecario fue referido a cobros mediante vía judicial, se detendrá el proceso legal. No obstante, de usted no aceptar esta oferta y/o no cumplir con el primer pago de este periodo de prueba para la fecha antes mencionada, iniciaría o continuaría el proceso legal.

Para completar con éxito este periodo de prueba, usted debe hacer los pagos según desglosados a continuación:

| Cantidad del pago | Fecha del pago: |
|---|---|
| $ 550.79 | 03-01-20 |
| $ 550.79 | 04-01-20 |
| $ 550.79 | 05-01-20 |

Streamline/Lrs-2/19/20-23

Si usted no realiza algún pago o no cumple con el acuerdo, el mismo se dará por terminado.

Es importante indicarle que la cantidad del pago de las mensualidades de su préstamo hipotecario y todos los términos de su préstamo original permanecerán inalterados y no variarán mientras dure el periodo de prueba previo a la alternativa. Si la alternativa que se proveerá al finalizar el periodo de prueba es una modificación, la misma estará sujeta a que el título de la propiedad esté libre de gravámenes. Si es un préstamo con segunda hipoteca, la modificación estará sujeta a la aprobación para subordinarse, del tenedor en segundo rango. Si durante este periodo de prueba usted radicara quiebra, el mismo quedará cancelado de inmediato. No recibirá una notificación adicional para evitar un posible incumplimiento con la ley de quiebra.

Es importante que usted revise detalladamente la información incluida de Preguntas Frecuentes, Periodo de Prueba y Avisos Legales.

De usted tener dudas relacionadas a la información provista en esta carta, favor de comunicarse con nosotros al 787-522-1544 o libre de cargos al 1-855-220-2201. De igual forma puede contactarnos, si usted entiende que no podrá cumplir con el periodo de prueba informado, pero interesa retener su propiedad o, si decide disponer de la misma.

Atentamente,

Unidad de Mitigación de Pérdidas.
LM196

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 17-03387-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Tue Jul 21 11:11:13 AST 2020 | BANCO POPULAR DE PUERTO RICO<br>MARTINEZ & TORRES LAW OFFICES, P.S.C.<br>PO BOX 192938<br>SAN JUAN, PR 00919-3409 | COOP A/C DEL VALENCIANO<br>LUIS FRED SALGADO, ESQ<br>PMB 15<br>267 CALLE SIERRA MORENA<br>SAN JUAN, PR 00926-5574 |
| EDUCOOP<br>PEDRO I TORRES AMADOR ESQ<br>PO BOX 364966<br>SAN JUAN, PR 00936-4966 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>PO Box 363508<br>San Juan, PR 00936-3508 |
| AEELA<br>PO Box 364508<br>San Juan, PR 00936-4508 | Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918 | Citi<br>PO Box 6190<br>Sioux Falls, SD 57117-6190 |
| Coop A/C Valenciano<br>PO Box 1510<br>Juncos, PR 00777-1510 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 | Dsnb Macys<br>PO Box 8218<br>Mason, OH 45040-8218 |
| EDUCOOP<br>PO BOX 364966<br>SAN JUAN PR 00936-4966 | Educoop<br>PO Box 1283<br>Caguas, PR 00726-1283 | Educoop<br>PO Box 192770<br>San Juan, PR 00919-2770 |
| Islandfin<br>PO Box 71504<br>San Juan, PR 00936-8604 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN, MI 48090-2011 |
| Pentagon Federal Cr Un<br>PO Box 1432<br>Alexandria, VA 22313-1432 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sears/Cbna<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 |
| Sistema de Retiro Maestros-Pensionados<br>Edif Capital Center Torre Ave Arterial H<br>San Juan, PR 00919-1879 | Syncb/Car Care Pep Boy<br>4125 Windward Plz<br>Alpharetta, GA 30005-8738 | Syncb/Jc Penney Pr<br>PO Box 965007<br>Orlando, FL 32896-5007 |
| Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Syncb/Walmart<br>PO Box 965024<br>El Paso, TX 79998 | Syncb/Walmart DC<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| Syncb/tjx Cos<br>PO Box 965005<br>Orlando, FL 32896-5005 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | MAGALI CALO BENITEZ<br>PO BOX 2730<br>JUNCOS, PR 00777-2730 |

```
MONSITA LECAROZ ARRIBAS                    ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)             PO BOX 186
OCHOA BUILDING                             CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BANCO POPULAR DE PUERTO RICO            End of Label Matrix
MARTINEZ & TORRES LAW OFFICES, P.S.C       Mailable recipients    31
PO. BOX 192938                             Bypassed recipients     1
SAN JUAN, PR 00919-3409                    Total                  32
```