# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE

**MAGALI CALO BENITEZ**

CASE NUMBER 17-03387-ESL

CHAPTER 13

**Debtor(s)**
******************************\

## TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

  **COMES NOW**, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully, **CERTIFIES** that:

  1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

**11 U.S.C. 1328(a) and LBR 3015-3(k)**

  2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

**11 U.S.C. 1328(f) Prior Discharge**

  3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

  4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

**11 U.S.C. 1328(g)**
**Instructional Course Requirement**

  5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

**11 U.S.C. 1328(h)**

  6. Section 1328(h) is not applicable in the present case.

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this 6/24/2022.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com


By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

17-03387-ESL                                   CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR  00936-4508 | BANCO POPULAR DE PUERTO RICO<br>MARTINEZ AND TORRES LAW OFFICES<br>PSC<br>PO BOX 192938<br>SAN JUAN, PR  00919-2938 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 761<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 | CITI<br>PO BOX 6190<br>SIOUX FALLS, SD  57117-6190 |
| COOP A/C DEL VALENCIANO<br>C/O JUAN SANTOS BERRIOS ESQ<br>PO BOX 9102<br>HUMACAO, PR  00792-9102 | COOP A/C DEL VALENCIANO<br>C/O LUIS FRED SALGADO<br>PMB 15 267 CALLE SIERRA MORENA<br>SAN JUAN, PR  00926-5583 |
| COOP A/C DEL VALENCIANO<br>PO BOX 1510<br>JUNCOS, PR  00777-1510 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 |
| DSNB MACYS<br>PO BOX 8218<br>MASON, OH  45040-8218 | EASTERN AMERICA INSURANCE CO<br>PO BOX 9023862<br>SAN JUAN, PR  00902-3862 |
| EDUCOOP<br>C/O CANCIO NADAL RIVERA & DIAZ<br>PO BOX 364966<br>SAN JUAN, PR  00936-4966 | EDUCOOP<br>PO BOX 192770<br>SAN JUAN, PR  00919-2770 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR  00902-0192 | JEFFERSON CAPITAL SYSTEM LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 |

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

MAGALI CALO BENITEZ
PO BOX 2730
JUNCOS, PR 00777

MIDLAND FUNDING LLC
MIDLAND CREDIT MANAGEMENT INC
PO BOX 2011
WARREN, MI 48090

PENTAGON FEDERAL CR UN
PO BOX 1432
ALEXANDRIA, VA 22313-1432

PREPA
C/O MARIA T GORBEA
PO BOX 364267
SAN JUAN, PR 00936-4267

QUANTUM3 GROUP LLC
AS AGENT FOR SADINO FUNDING LLC
PO BOX 788
KIRKLAND, WA 98083-0788

QUANTUM3 GROUP LLC
MOMA FUNDING LLC
PO BOX 788
KIRKLAND, WA 98083-0788

QUANTUM3 GROUP LLC
PO BOX 2489
KIRKLAND, WA 98083-2489

ROBERTO FIGUEROA CARRASQUILLO*
R FIGUEROA CARRASQUILLO LAW
OFFICE PSC
PO BOX 186
CAGUAS, PR 00726-0186

SEARS/CBNA
PO BOX 6282
SIOUX FALLS, SD 57117-6282

SISTEMA DE RETIRO MAESTROS-PENSIONADOS
EDIF CAPITAL CENTER TORRE AVE
ARTERIAL H
SAN JUAN, PR 00919-1879

MAGALI CALO BENITEZ

PO BOX 2730
JUNCOS, PR 00777

ROBERTO FIGUEROA CARRASQUILLO*

R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR 00726-0186

DATED: 06/27/2022 /S/ OLGA LOPEZ